## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, et al.,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**LT. GEN SCOTT A. SPELLMON, et al.,**<br><br>　　Federal Defendants,<br><br>　　and<br><br>**AMERICAN GAS ASSOCIATION, et al.,**<br><br>　　Defendant-Intervenors,<br><br>　　and<br><br>**STATE OF MONTANA,**<br><br>　　Defendant-Intervenor. | Case No. 4:21-cv-00047-BMM<br><br>**ORDER** |

　　Before the Court is Federal Defendants' Motion for Extension of Time to File Cross-Motion and Response (re: ECF No. 48). Having considered the motion, and good cause being shown, the motion is GRANTED. The scheduling order (ECF No. 48) is hereby amended and the Federal Defendants' Cross-Motion and Response is now due on March 25, 2022.

　　DATED this 15th day of March, 2022.

_____
Brian Morris, Chief District Judge
United States District Court