UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, MEIC, FRIENDS OF THE EARTH, AND WATERKEEPER ALLIANCE, INC., <br><br>    PLAINTIFFS, <br><br>v. <br><br>LT. GENERAL SCOTT A. SPELLMAN, IN OFFICIAL CAPACITY, AND U.S. ARMY CORPS OF ENGINEERS, <br><br>    DEFENDANTS. <br><br>AMERICAN GAS ASSOCIATION, ET AL. <br><br>INTERVENOR-DEFENDANTS. <br><br>STATE OF MONTANA. <br><br>    INTERVENOR-DEFENDANT. | 4:21-CV-00047-BMM <br><br>**ORDER** |

Counsel for Intervenor-Defendant, State of Montana, moves to appear telephonically or by video conference for the hearing in this matter at 2:30pm on June 9, 2022. No party is opposed to the motion. For good cause shown, IT IS HEREBY ORDERED that the Intervenor-Defendant's motion is GRANTED. Counsel for State of Montana may appear by ZOOM and will contact the Clerk of Court's office for the ZOOM link.

Dated this 8th of June, 2022

_____
Brian Morris, Chief District Judge
United States District Court