# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY, et al.,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**LT. GEN SCOTT A. SPELLMON, et al.,**<br><br>　　Federal Defendants,<br><br>　　and<br><br>**AMERICAN GAS ASSOCIATION, et al.,**<br><br>　　Defendant-Intervenors,<br><br>　　and<br><br>**STATE OF MONTANA,**<br><br>　　Defendant-Intervenor. | Case No. 4:21-cv-00047-BMM<br><br>**Order Granting Federal Defendants' Unopposed Motion for Certain Counsel to Appear Virtually at June 9, 2022 Hearing** |

Before the Court is Federal Defendants' unopposed motion for counsel Kristofor Swanson and Benjamin Grillot to appear via Zoom at the June 9, 2022, summary judgment hearing. Having considered the motion, and good cause being shown, the motion is GRANTED. Federal Defendants will contact the Clerk of Court for the ZOOM link.

DATED this 8th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court