IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Biological Diversity, Sierra Club, Montana Environmental Information Center, Friends of the Earth, and Waterkeeper Alliance, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>William H. Graham, Jr., et al.,<br><br>Defendants. | Case No. 1:22-cv-02586-CKK |

**MOTION TO WITHDRAW BENJAMIN GRILLOT AS COUNSEL**

Defendants the United States Army Corps of Engineers and William H. Graham, Jr.,
respectfully move the Court for an order withdrawing the appearance of Benjamin J. Grillot as
Defendants' counsel in the above-captioned case. Mr. Grillot is leaving his employment with the
U.S. Department of Justice. Defendants will continue to be represented by Kristofor Swanson
and Coby Howell.

Date: February 20, 2025

Respectfully submitted,

/s/ *Benjamin Grillot*
Benjamin J. Grillot
U.S. Department of Justice
ENRD / EDS
150 M Street NE / Suite 4.141
Washington, D.C. 20002
(202) 305-0303 (telephone)
benjamin.grillot@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing Motion To Withdraw Benjamin J. Grillot as Counsel to be delivered electronically through CM/ECF on all ECF registered counsel of record.

Date: February 20, 2025                                    Respectfully submitted,

/s/ *Benjamin Grillot*
Benjamin J. Grillot
U.S. Department of Justice
ENRD / EDS
150 M Street NE
Suite 4.141
Washington, D.C. 20002
(202) 305-0303 (telephone)
benjamin.grillot@usdoj.gov