## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,
et al.,

        Plaintiffs,

        v.

LT. GEN SCOTT A. SPELLMON, et al.,

        Defendants,

AMERICAN GAS ASSOCIATION,
et al.,

        Defendant-Intervenor,

STATE OF MONTANA,

        Defendant-Intervenor.

**Case No: 22-cv-2586-CKK**

## JOINT STATUS REPORT

The parties respectfully submit this joint status report pursuant to the Court's order of March 20, 2026.

Plaintiffs' statement and position: Plaintiffs acknowledge that the Army Corps reissued a new set of nationwide permits on January 8, 2026, which became effective on March 15, 2026. *See* Reissuance and Modifications of Nationwide Permits, 91 Fed. Reg. 768, 859–61 (Jan. 8, 2026). As such, the 2021 version of Nationwide Permit 12 ("NWP 12") that is the subject of this action has been replaced with a new version. This marks the second time the Corps has reissued the NWPs before Plaintiffs' legal claims could be fully resolved. *See* Complaint ¶¶ 3–8.

1

Because the 2021 iteration of NWP 12 is no longer operative, Plaintiffs agree that this renders the pending litigation moot. However, Plaintiffs anticipate challenging the 2026 iteration of NWP 12, which is substantially the same as the 2021 version, on the same legal grounds. Because the new action will involve the same parties and legal claims, Plaintiffs believe that the most efficient way to move forward would be for Plaintiffs to file a supplemental and/or amended complaint pursuant to F.R.C.P. 15, which would apply the pending claims to the 2026 version of NWP 12 and update Plaintiffs' standing allegations. Plaintiffs believe this approach would promote judicial economy, as it would avoid duplicative litigation and allow for targeted supplemental briefing to address any relevant changes in law and/or the updated administrative record.

Plaintiffs have conferred with opposing counsel on this approach.

Defendant-Intervenor NWP 12 Coalition's position: The NWP 12 Coalition would take no position should Plaintiffs move for leave to file a supplemental or amended complaint, pursuant to F.R.C.P. 15.  Defendant-Intervenor State of Montana also takes no position.

Federal Defendants' position: Federal Defendants oppose the filing of an amended/supplemental complaint. The new NWP 12 constitutes a new agency action that will need to be reviewed on the administrative record for that action. Thus, filing a supplemental or amended complaint would not remove the need to compile and produce the record and brief summary judgment anew for any new claims. There is no judicial efficiency gained from this approach. Rather, the most efficient course is to voluntarily dismiss the present action and for plaintiffs to file a new lawsuit. Indeed, the D.C. Circuit has recognized as much. *See Nat'l Assoc. of Home Builders v. U.S. Army Corps of Engr's*, 264 Fed. Appx. 10 (D.C. Cir. Feb. 5, 2008).

Therefore, while Plaintiffs believe an amended/supplemented complaint would be the most efficient way to move forward, unless the Court indicates a preference for that approach, Plaintiffs intend to voluntarily dismiss the current action by April 24, 2026 and file a new related case with the Court challenging the 2026 iteration of NWP 12 in the interests of judicial economy and to avoid unnecessary briefing on a motion under F.R.C.P. 15.

Dated: April 17, 2026

Respectfully submitted,

/s/ Doug Hayes
Doug Hayes (admitted pro hac vice)
Sierra Club Environmental Law Program
1650 38th Street, Suite 102W
Boulder, CO 80301
(303) 449-5595
doug.hayes@sierraclub.org
*Attorney for Sierra Club and Montana*
*Environmental Information Center*

/s/ Eric Glitzenstein
Eric Glitzenstein (D.C. Bar No. 358287)
Center for Biological Diversity
1411 K Street, NW, Suite 1300
Washington, DC 20005
(202) 849-8401

/s/ Jared Margolis
Jared Margolis (admitted pro hac vice)
Center for Biological Diversity
2852 Willamette St. # 171
Eugene, OR 97405
(802) 310-4054
jmargolis@biologicaldiversity.org
eglitzenstein@biologicaldiversity.org
*Attorneys for Center for Biological*
*Diversity, Friends of the Earth, and*
*Waterkeeper*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

 /s/ Kristofor Swanson
KRISTOFOR R. SWANSON
(Colo. Bar No. 39378)
Senior Attorney
Natural Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0248
Fax: (202) 305-0506
kristofor.swanson@usdoj.gov

/s/ Micheal Eitel
MICHAEL R. EITEL
Acting Assistant Chief
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel | (303) 241-7565; Fax | (303) 844-1350
Email: michael.eitel@usdoj.gov

/s/ Jin Hyung Lee
Jin Hyung Lee
(D.C. Bar No. 198095)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-7264
Jin.hyung.lee@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Karma B. Brown
Deidre G. Duncan (D.C. Bar No. 461548)
Karma B. Brown (D.C. Bar No. 479774)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
dduncan@hunton.com

4

kbbrown@hunton.com

*Counsel for Defendant-Intervenors*
*American Gas Association, American Petroleum*
*Institute, American Public Gas Association,*
*Interstate Natural Gas Association of America, and*
*Liquid Energy Pipeline Association*

/s/ Christian B. Corrigan
Austin Knudsen
 *Montana Attorney General*
Christian B. Corrigan
 *Solicitor General*
Montana Dept. of Justice
215 N Sanders
Helena, MT 59601
406-444-2027
Christian.Corrigan@mt.gov

*Counsel for Defendant-Intervenor State of Montana*

**CERTIFICATE OF SERVICE**

I certify that I served the foregoing on all counsel of record via the Court's CM/ECF system.

/s/ Doug Hayes